No. 309. RODRÍGUEZ, PETITIONER, *v.* CAMPILLO, DISTRICT JUDGE, RESPONDENT.—Certiorari. San Juan. November 30, 1920. *Denied.*

No. 2282. LUGO, APPELLEE, *v.* FERNÁNDEZ ET AL., APPELLANTS.—Debt. Mayagüez. December 1, 1920. *Dismissed.*

No. 2379. EUREKA CENTRAL, APPELLANT, *v.* FAJARDO, APPELLEE.—Injunction. Mayagüez. December 4, 1920. *Withdrawn.*

No. 2348. ARCHILLA, APPELLEE, *v.* MARTÍNEZ, APPELLANT.—Unlawful detainer. San Juan. December 6, 1920. *Dismissed.*

No. 1562. PEOPLE, APPELLEE, *v.* PANTOJA, APPELLANT.—Violation of labor law. San Juan. December 7, 1920. *Reversed.*

No. 2298. EX PARTE GÓMEZ, APPELLANT.—Habeas corpus. San Juan. December 7, 1920. *Dismissed.*

No. 2344. MORANTE, APPELLANT, *v.* PÉREZ ET AL., APPELLEES.—Unlawful detainer. Arecibo. December 7, 1920. *Dismissed.*

No. 1641. PEOPLE, APPELLEE, *v.* EFRESE, APPELLANT.—Violation of section 260 of the Penal Code. San Juan. December 9, 1920. *Withdrawn.*

No. 1570. PEOPLE, APPELLEE, *v.* RÍOS, APPELLANT.—Adulteration of milk. Ponce. December 10, 1920. *Affirmed.*